IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**L REIT, LTD.,** *et al*<br><br>Debtors.[1] | § § § § § § § | **Joint Administration Pending Under Case No. (18-36881-H2-11)** |

NOTICE OF DESIGNATION AS COMPLEX
CHAPTER 11 BANKRUPTCY CASE

These bankruptcy cases were each filed on December 5, 2018. The undersigned party in interest believes that these cases qualify as complex Chapter 11 cases because:

   X    The debtors have total debt of more than $10 million;

_____   There are more than 50 parties in interest in these cases;

_____   Claims against the debtor are publicly traded;

_____   Other: (Substantial explanation is required. Attach additional sheets if necessary.)

Dated:  December 5, 2018

> Respectfully submitted,
>
> HOOVER SLOVACEK LLP
>
> By: */s/ Edward L. Rothberg*
> Edward L. Rothberg
> State Bar No. 17313990
> rothberg@hooverslovacek.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are L Reit, Ltd (3481) and Beltway 7 Properties, Ltd (2869). The location of the Debtors' service address is:7904 North Sam Houston Parkway West, Houston, TX 77064.

**OF COUNSEL:**
HOOVER SLOVACEK LLP
MELISSA A. HASELDEN
State Bar No. 00794778
haselden@hooverslovacek.com
Deirdre Brown
State Bar No. 24049116
brown@hooverslovacek.com
Vianey Garza
State Bar No. 24083057
garza@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395

PROPOSED ATTORNEYS FOR DEBTORS and
DEBTORS IN POSSESSION