**Fill in this information to identify the case:**

Debtor name    **L REIT, LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-36881-H2-11**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **BanccorpSouth (fka Icon Bank)** | | 7713 | $7.99 |
| 3.2. | **Trustmark** | | 8025 | $83,425.74 |
| 3.3. | **Funds held by Midland Loan Services** | **Tax Escrow** | | $1,099,802.24 |
| 3.4. | **Funds held by Midland Loan Services** | **Property Insurance Escrow** | | $43,845.21 |
| 3.5. | **Funds held by Midland Loan Services** | **Reserve Escrow Balance** | | $123,893.43 |
| 3.6. | **Wells Fargo** | | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **L REIT, LTD.**              Case number *(If known)* **18-36881-H2-11**
Name

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$1,350,974.61** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.    **Tenant Deposits - See Attachment B7**            **$87,856.48**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

   8.1.    **Escrows - to be supplemented**

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$87,856.48** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:    **0.00** - **0.00** = ....    **$0.00**
         face amount            doubtful or uncollectible accounts

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$0.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

| Debtor | **L REIT, LTD.** | Case number *(If known)* | **18-36881-H2-11** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  __L REIT, LTD._____  Case number *(If known)*  __18-36881-H2-11__
          Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Office Buildings located at (1) 7900 N Sam Houston Parkway West, Houston, TX 77064; (2) 7904 N Sam Houston Parkway West, Houston, TX 77064; (3) 7906 N Sam Houston Parkway West, Houston, TX 77064; (4) 7908 N Sam Houston Parkway West, Houston, TX 77064; (5) 7840 N Sam Houston Parkway West, Houston, TX 77064; (6) 7850 N Sam Houston Parkway West, Houston, TX 77064; and (7) 10740 N Gessner Road, Houston, TX 77064 (Minimum estimated value based on current occupancy levels and rental rates)** | Fee simple | Unknown | $74,000,000.00 |

56.  **Total of Part 9.**                                                              | $74,000,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **L REIT, LTD.** | Case number *(If known)* **18-36881-H2-11** |
|---|---|---|
| | Name | |

| | | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claim against Education Management II, LLC and The Art Institute of Houston, Inc. as alleged in Case No. 2018-07367; L REIT, Ltd. vs. Education Management II, LLC fka Education Management LLC aka Education Management Corporation, and The Art Institute of Houston, LLC, Dream Center Educational Holdings, and The Art Institute of Houston, LLC d/b/a Art Institute of Houston**

| Nature of claim | **Contract - Commercial Debt** | _____ |
|---|---|---|
| Amount requested | _____ | |

**Claims against Bethel Deli, LLC dba Victors on the Green and Mathew Charavilain under Case No. 2018-43063, in the 334th District Court of Harris County, Texas**

| Nature of claim | **Contract - Commercial Debt** | _____ |
|---|---|---|
| Amount requested | _____ | |

**Reserve claim against AirFlow for nonperformance of contract.**

| Nature of claim | | **Unknown** |
|---|---|---|
| Amount requested | _____ | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Allowed Proof of Claim #30 in the Rotary Drilling Tools USA LLC Chapter 11 Case, Case #16-33433, in the amount of $132,745.75 (pro rata distribution to be paid from liquidating trust)**

**Unknown**

**Interest in Leases - See Attachment B7**

_____

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor      **L REIT, LTD.**                                             Case number *(If known)*   **18-36881-H2-11**
            Name

■ No
☐ Yes

Debtor      **L REIT, LTD.**                                                    Case number *(If known)* **18-36881-H2-11**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,350,974.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $87,856.48 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $74,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,438,831.09 | + 91b. $74,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $75,438,831.09 |

## Attachment B7

Building : Sandtrap
Address: 7900 Sam Houston Pkwy. W.
Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit |
|---|---|---|---|---|---|
| 100 | ServiceNow,Inc. | 4/13/2015 | 7/31/2021 | 7,932 | $         - |
| 110 | Segal Co (Western States), Inc. | 12/1/2014 | 11/30/2020 | 2,200 | $         - |
| 125 | Los Cucos, Sam Houston Card Club&Grill | 11/1/2018 | 11/1/2023 | 4,996 | $         - |
| 150 | Heron Lakes Golf Course | 9/1/2002 | 12/31/20206 | 1,653 | $         - |
| 150B | Heron Lakes Golf Course Basement | 9/1/2002 | 12/31/2026 | 4,114 | $         - |
| 200 | American Int'l Relocation Sol. | 2/1/2015 | 3/31/2020 | 7,775 | $         - |
| 201 | Coperion Corporation | 11/15/2014 | 1/14/2020 | 5,812 | $  12,730.67 |
| 250 | Connect the Dots, Inc. | 12/14/2015 | 3/13/2021 | 1,888 | $   5,176.27 |
| | | | | 36,370 | $  17,906.94 |

Building : Sandtrap  II
Address: 7904 West Sam Houston Pkwy. W
Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit |
|---|---|---|---|---|---|
| 100 | Bartlett Cocke | 9/15/2017 | 12/31/2027 | 7,318 | $  18,740.18 |
| 102 | M Nasr and Partners | 12/1/2003 | 6/30/2026 | 3,169 | $         - |
| 200 | Byers Engineering | 7/15/2016 | 12/15/2021 | 10,621 | $         - |
| 300 | D. Stavinhoa | 6/27/2005 | 9/15/2022 | 2,523 | $         - |
| 315 | Vacant | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 325 | Motorola | 7/1/2016 | 8/1/2021 | 2,713 | $ - |
| | | | | | |
| 300 | Caldwell Watson Real Estate Group | 4/2/2004 | 12/31/2019 | 3,273 | $ - |
| | | | | | |
| 400 | Caldwell Watson Real Estate Group | 4/2/2004 | 12/31/2019 | 10,419 | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | 40,036 | $ 18,740.18 |

| Building : | Sandtrap III | | | | |
|---|---|---|---|---|---|
| Address: | 7906 West Sam Houston Pkwy. W | | | | |
| | Houston, Texas 77064 | | | | |
| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit |
| 100 | Icon Bank of Texas/BanCorp South | 11/1/2014 | 7/15/2026 | 5,695 | |
| | | | | | |
| 101 | Vacant | | | | |
| | | | | | |
| 102 | HMH | 6/29/2017 | 6/28/2020 | 1,818 | $ 11,557.95 |
| | | | | | |
| 200 | Houston Hospice | 4/1/2017 | 3/31/2022 | 3,488 | $ 8,118.32 |
| | | | | | |
| 201 | J D R Cable | 3/1/2005 | 6/30/2020 | 4,725 | $ - |
| | | | | | |
| 203 | Integrity Gas Services | 10/1/2018 | 1/1/2022 | 3,223 | $ 6,208.58 |
| | | | | | |
| 250 | Liberty Oilfield | 9/22/2017 | 10/31/2020 | 2,749 | $ 11,683.26 |
| | | | | | |
| 300 | Vacant | | | | |
| | | | | | |
| | | | | | |
| | | | | 21,698 | $ 37,568.11 |

**Building :** Sandtrap  IV
**Address:** 7908 West Sam Houston Pkwy. W
Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit | |
|-------|---------------|-----------|------------|----------------|-------------------|---|
| 100 | Icon Bank of Texas/BanCorp South | 3/1/2007 | 7/15/2026 | 8,258 | $ | - |
| 200 | Seaway | 5/30/2016 | 6/1/2021 | 8,513 | $ | - |
| 300 | My Computer Career | 5/15/2016 | 6/15/2021 | 8,513 | $ | - |
| 400 | Vacant | | | | | |
| 500 | Quanta TeleCommunications | 9/15/2016 | 9/15/2021 | 8,513 | $ | - |
| | | | | 33,797 | $ | - |

**Building :** Sandtrap  V
**Address:** 10740 N. Gessner Rd
Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit | |
|-------|---------------|-----------|------------|----------------|-------------------|---|
| 100 | Vacant | | | | $ | - |
| 101 | Bankers Life | 1/1/2018 | 6/30/2019 | 3,425 | $ | - |
| 201 | Icon Bank/BanCorp South | 1/15/2010 | 7/1/2026 | 4,290 | $ | - |
| 201A | Icon Bank/BanCorp South | 9/1/2012 | 7/1/2026 | 3,786 | $ | - |
| 202 | Sodexo Remote Site | 7/1/2014 | 6/20/2020 | 3,914 | $ | - |
| 204 | Vacant | | | | | |
| 205 | Vacant | | | | | |
| 320 | Vacant | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 330 | Vacant | | | | |
| | | | | | |
| 302 | Texas Ears and Nose | 8/1/2010 | 11/30/2021 | 9,098 | $ - |
| | | | | | |
| 410 | Corestaff Support Services, Inc | 1/1/2016 | 004/01/2021 | 8,002 | $ - |
| | | | | | |
| 400 | Vacant | | | | |
| | | | | | |
| 420 | Pearsons | 9/15/2016 | 10/15/2023 | 5,093 | $ - |
| | | | | | |
| | | | | 37,608 | $ - |

Building : Turfway Development
Address:   7850 Sam Houston Pkwy. W.,
           Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit |
|---|---|---|---|---|---|
| 100 | Surge (Expansion) | 1/1/2018 | 4/30/2025 | 14,482 | $ - |
| | | | | | |
| 270 | Granite Harbor Advisors, Inc. | 12/1/2018 | 12/1/2023 | 2,575 | $ - |
| | | | | | |
| 280 | Rusty Brents Insurance Agency | 8/1/2014 | 12/1/2023 | 2044 | $ - |
| | | | | | |
| 200/300 | Surge Operation | 9/8/2015 | 1/7/2021 | 23,123 | $ - |
| | | | | | |
| | Core Loss Due to Hallway | | | 609 | |
| | | | | | |
| | | | | 42,833 | $ - |

Building : Par O Group
Address:   7840 Sam Houston Pkwy. W.,
           Houston, Texas 77064

| Suite | Occupant Name | Rent Start | Expiration | Tenant Sq.Ftg. | Security Deposit |
|---|---|---|---|---|---|
| 100-200 | Intergraph Corporation | 4/1/2013 | 6/30/2020 | 29,581 | $                - |
|  |  |  |  |  |  |
| 300 | Global Logix | 10/1/2018 | 4/1/2026 | 5,633 | $      13,641.25 |
|  |  |  |  |  |  |
|  |  |  |  | 35,214 | $      13,641.25 |

Totals

| Bldg | | | | Tenant Sq.Ftg. | |
|---|---|---|---|---|---|
|  | Totals Security Deposits |  |  | 247,556 | $      87,856.48 |

| Fill in this information to identify the case: |
|---|

Debtor name  **L REIT, LTD.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **18-36881-H2-11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|
| **2.1** **BancorpSouth**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Second lien on Office Buildings located at**<br>**(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;**<br>**(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;**<br>**(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;**<br>**(4) 7908 N Sam Houston Parkway West, H**<br>Describe the lien | **$11,000,000.00** | **$74,000,000.00** |
| **fka Icon Bank**<br>**201 South Spring St 6th Floor**<br>**Tupelo, MS 38804**<br>Creditor's mailing address | | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Midland Loan Services**<br>**2. BancorpSouth**<br>**3. Cypress Fairbanks ISD**<br>**4. Cypress Fairbanks ISD**<br>**5. Cypress Fairbanks ISD**<br>**6. Cypress Fairbanks ISD**<br>**7. Cypress Fairbanks ISD**<br>**8. Cypress Fairbanks ISD**<br>**9. Cypress Fairbanks ISD**<br>**10. Cypress Fairbanks ISD**<br>**11. Cypress Fairbanks ISD**<br>**12. Cypress Fairbanks ISD**<br>**13. Harris County et al** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

| **2.2** **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $80,360.51 | $74,000,000.00 |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **L REIT, LTD.**
_____
Name                                          Case number (if know)  **18-36881-H2-11**

Creditor's Name

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2018 Property Taxes
Last 4 digits of account number
0001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.3 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $88,049.87 | $74,000,000.00 |
|-----|---------------------------|------|------|------|

Creditor's Name

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2018 Property Taxes
Last 4 digits of account number
0053**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.4 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $146,350.21 | $74,000,000.00 |
|-----|---------------------------|------|------|------|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **L REIT, LTD.**
_____
Name

Case number (if know)    **18-36881-H2-11**

---

Creditor's Name

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2018 Property Taxes**
**Last 4 digits of account number**
**0055**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $19,244.15 | $74,000,000.00 |

Creditor's Name

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2018 Property Taxes**
**Last 4 digits of account number**
**0056**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $2,094.28 | $74,000,000.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **L REIT, LTD.** | | Case number (if know) | **18-36881-H2-11** |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**Tax Assessor-Collector**
**10494 Jones Road Suite**
**106**
**Houston, TX 77065**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0058**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $92,900.39 | $74,000,000.00 |

Creditor's Name

**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**10494 Jones Road Suite**
**106**
**Houston, TX 77065**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $76,102.70 | $74,000,000.00 |

| Debtor | L REIT, LTD. | Case number (if know) | 18-36881-H2-11 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0053**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.9 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $68,112.00 | $74,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West,
Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West,
Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West,
Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector
10494 Jones Road Suite
106
Houston, TX 77065**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0047**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.1 0 | **Cypress Fairbanks ISD** | Describe debtor's property that is subject to a lien | $84,960.00 | $74,000,000.00 |
|---|---|---|---|---|

Debtor   **L REIT, LTD.**                                                        Case number (if know)   **18-36881-H2-11**
_____                                           _____
Name

| Creditor's Name | |
|---|---|
| | **Office Buildings located at** <br> **(1) 7900 N Sam Houston Parkway West,** <br> **Houston, TX 77064;** <br> **(2) 7904 N Sam Houston Parkway West,** <br> **Houston, TX 77064;** <br> **(3) 7906 N Sam Houston Parkway West,** <br> **Houston, TX 77064;** <br> **(4) 7908 N Sam Houston Parkway West, H** |

**Tax Assessor-Collector**
**10494 Jones Road Suite**
**106**
**Houston, TX 77065**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
_____
Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0051**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Cypress Fairbanks ISD** | **Describe debtor's property that is subject to a lien** | **$5,804.78** | **$74,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**10494 Jones Road Suite**
**106**
**Houston, TX 77065**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
_____
Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0052**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Financial Agent Services** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P O Box 2576**
**Springfield, IL 62708**
_____
Creditor's mailing address

**Describe the lien**
_____

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 16

| Debtor | L REIT, LTD. | Case number (if know) | 18-36881-H2-11 |
|---|---|---|---|
| | Name | | |

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No

**Date debt was incurred**

**11/08/2018**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.13 | **First Community Credit Union** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Tract 6 only. $5.5 million lien from Turfway Development Partners, Ltd.  Debtor believes the debt was paid but lien was not released.**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No

**Date debt was incurred**

**3/26/2019**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.14 | **Harris County et al** | Describe debtor's property that is subject to a lien | $51,862.77 | $74,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Office Buildings located at
(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;
(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;
(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;
(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector
P O Box 4622
Houston, TX 77210-4622**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No

**Date debt was incurred**

**2018 Property Taxes**

**Last 4 digits of account number**

**0051**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 16

Debtor    **L REIT, LTD.**            Case number (if know)    **18-36881-H2-11**

_____Name_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **Harris County et al** | **Describe debtor's property that is subject to a lien** | **$89,337.66** | **$74,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Office Buildings located at** **(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;** **(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;** **(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;** **(4) 7908 N Sam Houston Parkway West, H** | | |
| | **Tax Assessor-Collector** **P O Box 4622** **Houston, TX 77210-4622** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2018 Property Taxes** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0055** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Harris County et al** | **Describe debtor's property that is subject to a lien** | **$11,747.35** | **$74,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Office Buildings located at** **(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;** **(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;** **(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;** **(4) 7908 N Sam Houston Parkway West, H** | | |
| | **Tax Assessor-Collector** **P O Box 4622** **Houston, TX 77210-4622** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2018 Property Taxes** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0056** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| | |

---

| Debtor | L REIT, LTD. | Case number (if know) | 18-36881-H2-11 |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Harris County et al** | | **$1,278.43** | **$74,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**P O Box 4622**
**Houston, TX 77210-4622**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0058**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.1 8 | **Harris County et al** | | **$56,709.89** | **$74,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**P O Box 4622**
**Houston, TX 77210-4622**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

---

Debtor **L REIT, LTD.**
Name

Case number (if know) **18-36881-H2-11**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Harris County et al** | Describe debtor's property that is subject to a lien | $49,055.08 | $74,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**P O Box 4622**
**Houston, TX 77210-4622**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.2 0 | **Harris County et al** | Describe debtor's property that is subject to a lien | $46,455.95 | $74,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**P O Box 4622**
**Houston, TX 77210-4622**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0053**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | L REIT, LTD. | Case number (if know) | 18-36881-H2-11 |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | | | | |
|---|---|---|---|---|
| **Harris County et al** | Describe debtor's property that is subject to a lien | | $41,578.12 | $74,000,000.00 |
| Creditor's Name | **Office Buildings located at** | | | |
| | **(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| | **(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| | **(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| **Tax Assessor-Collector** | **(4) 7908 N Sam Houston Parkway West, H** | | | |
| **P O Box 4622** | | | | |
| **Houston, TX 77210-4622** | | | | |
| Creditor's mailing address | Describe the lien | | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0047**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | | | | |
|---|---|---|---|---|
| **Harris County et al** | Describe debtor's property that is subject to a lien | | $53,748.93 | $74,000,000.00 |
| Creditor's Name | **Office Buildings located at** | | | |
| | **(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| | **(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| | **(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;** | | | |
| **Tax Assessor-Collector** | **(4) 7908 N Sam Houston Parkway West, H** | | | |
| **P O Box 4622** | | | | |
| **Houston, TX 77210-4622** | | | | |
| Creditor's mailing address | Describe the lien | | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0053**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **L REIT, LTD.**
_____
Name

Case number (if know)   **18-36881-H2-11**

- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 3 | **Harris County et al** | | $3,543.45 | $74,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West, Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West, Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West, Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Tax Assessor-Collector**
**P O Box 4622**
**Houston, TX 77210-4622**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2018 Property Taxes**
**Last 4 digits of account number**
**0052**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.1**

---

| 2.2 4 | **Kilgore Industries LP** | | $1,685.47 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Tract 6 Only.**

**10050 Houston Oaks Dr**
**Houston, TX 77064**
Creditor's mailing address

**Describe the lien**
**M&M Lien**
_____

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**1/3/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 5 | **Kilgore Industries LP** | | $0.00 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

| Debtor | L REIT, LTD. | | Case number (if know) | 18-36881-H2-11 |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**10050 Houston Oaks Dr**
**Houston, TX 77064**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/15/2017**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Tract 6 Only. Paid in full in the amount of
$13,776.13. Lien has not been released.

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 6 | | | | |
|---|---|---|---|---|

**Midland Loan Services**

Creditor's Name

**c/o Bruce J. Zabarauskas**
**Thompson Knight**
**707 Wilshire Blvd, Suite**
**4100**
**  CA 90017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Office Buildings located at**
**(1) 7900 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(2) 7904 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(3) 7906 N Sam Houston Parkway West,**
**Houston, TX 77064;**
**(4) 7908 N Sam Houston Parkway West, H**

**Describe the lien**
**1st Lien, Principal only plus interest and**
**prepayment premium**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,488,334.82   $74,000,000.00

---

| 2.2 7 | | | | |
|---|---|---|---|---|

**OSG Services Inc.**

Creditor's Name

**100 Challenger Road, Sutie**
**303**
**Ridgefield Park, NJ 07660**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Seven Tracts of Real Property**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**

■ No

$20,371.03   $0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **L REIT, LTD.** | Case number (if know) | **18-36881-H2-11** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/11/2016**

**Last 4 digits of account number**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

**2.28** | **Restoration Management 2013 Inc**
Creditor's Name

**d/b/a ServPro of South Miami**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/6/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Tracts of Real Property, excluding Tract 4**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

$1,948.50    $0.00

---

**2.29** | **Tax Ease Funding LP**
Creditor's Name

**118 Vintage Park Blvd. No. W**
**Houston, TX 77070**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2/15/2011**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Tract 4 (executed by Sandtrap V) in the amount of $156,589.37. Paid in Full. Deed of Trust not released.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

$0.00    $0.00

---

3.

| Debtor | **L REIT, LTD.** | Case number (*if know*) | **18-36881-H2-11** |
|--------|------------------|-------------------------|--------------------|
| | Name | | |

| Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $62,581,636.34 |
|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital One** | Line **2.29** | |
| **CAZ CREEK TX, LLC Dallas**<br>**14800 Landmark Blvd., Suite 400**<br>**Dallas, TX 75254** | Line **2.29** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.14** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.17** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.18** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.19** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.2** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.3** | |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line **2.6** | |

Debtor     **L REIT, LTD.**                                            Case number (if know)   **18-36881-H2-11**
           ——————————————————————————
           Name

| | |
|---|---|
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.7__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.8__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.9__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.10__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.11__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.20__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.22__ |
| **Harris County, et al.**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**Attn John P Dillman**<br>**P O Box 3064**<br>**Houston, TX 77253-3060** | Line __2.23__ |
| **Hirsch & Westheimer PC**<br>**Attn Michael J Durrschmidt**<br>**1415 Louisiana St 36th Floor**<br>**Houston, TX 77002** | Line __2.1__ |
| **Midland Loan Services,**<br>**a PNC Real Estate Business**<br>**10851 Mastin Suite 700**<br>**Overland Park, KS 66210** | Line __2.26__ |
| **OSG**<br>**4102 S. 31st Street, Suite 500**<br>**Haslet, TX 76052** | Line __2.27__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **L REIT, LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-36881-H2-11**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Adept Controls**<br>**P O Box 1436**<br>**Waller, TX 77484**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$259.80** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Fire Systems Inc**<br>**5726 Teague**<br>**Houston, TX 77041**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,977.49** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ASAP Security Services**<br>**8713 Fallbrook**<br>**Houston, TX 77064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$487.12** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Caldwell Companies**<br>**7904 N Sam Houston Pkwy W 4th Floor**<br>**Houston, TX 77064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,084.22** |

| Debtor | L REIT, LTD. | Case number (if known) | 18-36881-H2-11 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.09 |
|---|---|---|---|
| | **Classic Protection Systems Inc** | ☐ Contingent | |
| | **1648 West Sam Houston Pkwy North** | ☐ Unliquidated | |
| | **Houston, TX 77043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,468.73 |
|---|---|---|---|
| | **Colliers International** | ☐ Contingent | |
| | **1233 West Loop South Suite 900** | ☐ Unliquidated | |
| | **Houston, TX 77027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,399.39 |
|---|---|---|---|
| | **CRA Houston** | ☐ Contingent | |
| | **P O Box 131952** | ☐ Unliquidated | |
| | **Spring, TX 77393** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|
| | **Electronic Security Solutions** | ☐ Contingent | |
| | **9001 Airport Blvd Suite 201** | ☐ Unliquidated | |
| | **Houston, TX 77061** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,919.78 |
|---|---|---|---|
| | **Elite Protective Service** | ☐ Contingent | |
| | **5090 Richmond Avenue Suite 402** | ☐ Unliquidated | |
| | **Houston, TX 77056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,198.42 |
|---|---|---|---|
| | **Environmental Coalition Incorporated** | ☐ Contingent | |
| | **P O Box 1568** | ☐ Unliquidated | |
| | **Stafford, TX 77497-1568** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,877.56 |
|---|---|---|---|
| | **FacilitySolutionsgroup** | ☐ Contingent | |
| | **5091 Steadmont** | ☐ Unliquidated | |
| | **Houston, TX 77040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **L REIT, LTD.** | Case number (if known) | **18-36881-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.27** |
|---|---|---|---|

**Figure O Pest Control**
**508 Milwaukee St**
**Houston, TX 77009**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fora Financial**
**National Funding**
**9820 Towne Centre Drive**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Loan</u>
<u>Estimated Balance $125,000</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828,058.45** |
|---|---|---|---|

**Furlong Associates, Ltd.**
**7904 N Sam Houston Pkwy Suite 102**
**Houston, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Affilate.</u>
<u>For amounts paid on behalf of L REIT.  Potentially subject to offset or</u>
<u>reclassification.</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,260.00** |
|---|---|---|---|

**Gregory J Dalton PC**
**P O Box 109**
**Katy, TX 77492**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,598.96** |
|---|---|---|---|

**HLG Landscape**
**7910 N Sam Houston Parkway W**
**Houston, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Affiliate</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334,093.40** |
|---|---|---|---|

**Hollister Properties**
**7904 N Sam Houston Pkwy Suite 102**
**Houston, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Affiliate.</u>
<u>For amounts paid on behalf of LREIT.  Potentially subject to offset or</u>
<u>reclassification.</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310,578.14** |
|---|---|---|---|

**Hollister Properties**
**7904 N Sam Houston Pkwy SUite 102**
**Houston, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Affiliate.</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **L REIT, LTD.** | Case number (if known) | **18-36881-H2-11** |
|--------|------------------|------------------------|---------------------|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$812.88**

**Impak**
**TefftNet Inc**
**9575 Katy Frwy Suite 360**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**Joel English**
**13715 Office Park Drive**
**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __brokerage commission__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.83**

**Johnstone Supply Blue Ash**
**15631 Blue Ash #160**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,893.50**

**K&R Mechanical Services LLC**
**12634 Haynes Road**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,283.61**

**Mattox Terrell & Associates**
**1614 Ave B**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,704,143.88**

**MN&P Construction Services**
**7904 N Sam Houston Pkwy Suite 102**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Affiliate__
**For amounts paid on behalf of L REIT.  Potentially subject to offset or reclassification.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$422,067.08**

**Moe Nasr**
**7904 N Sam Houston Pkwy Suite 102**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insider.__
**For amounts paid on behalf of L REIT.  Potentially subject to offset or reclassification.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | L REIT, LTD. | | Case number (if known) | 18-36881-H2-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,179.98 |
|---|---|---|---|
| | **Otis**<br>**One Farm Springs**<br>**Farmington, CT 06032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.92 |
|---|---|---|---|
| | **Paul Richard Electric**<br>**P O Box 38797**<br>**Houston, TX 77238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,586.76 |
|---|---|---|---|
| | **Professional Janitorial Service**<br>**of Houston Inc**<br>**2303 Nance St**<br>**Houston, TX 77020** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ Litigation _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,074.00 |
|---|---|---|---|
| | **Pyrotex Systems**<br>**P O Box 1639**<br>**Alvin, TX 77512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|
| | **Quality Airflow**<br>**P O Box 41344**<br>**Houston, TX 77241-1344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.43 |
|---|---|---|---|
| | **Rae Security**<br>**7102 W Sam Houston Pkwy N**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,384.49 |
|---|---|---|---|
| | **Shooter and Lindsey Inc**<br>**P O Box 516**<br>**Katy, TX 77492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **L REIT, LTD.** | Case number (if known) | **18-36881-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.48 |
|---|---|---|---|

**Siemen Industries Inc**
**8850 Fallbrook Dr**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,110.62 |
|---|---|---|---|

**Spring Glass & Mirror Ltd**
**P O Box 2161**
**Spring, TX 77383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.56 |
|---|---|---|---|

**TLC Lock & Key**
**to be supplemented**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Touch Source LLC**
**1370 Miners Drive Suite 103**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fora Financial**<br>**519 8th Avenue 11th Floor**<br>**New York, NY 10018** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Mattox Terrell & Associates**<br>**c/o Keith Peterson**<br>**9601 Jones Road Suite 240**<br>**Houston, TX 77065** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Professional Janitorial Service**<br>**c/o Clark Hill Strasburger**<br>**Attn Jana Woelfel / Daniel Ray**<br>**909 Fannin Suite 2300**<br>**Houston, TX 77010** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | |

Debtor    **L REIT, LTD.**                               Case number (if known)    **18-36881-H2-11**
       Name

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

4,005,565.84

5c.    $              4,005,565.84

**Fill in this information to identify the case:**

Debtor name **L REIT, LTD.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-36881-H2-11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Commercial Energy Supply Agreement for all Properties**  State the term remaining  List the contract number of any government contract | **Ambit Energy**  **P.O. Box 864589**  **Plano, TX 75086** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Fire Alarm Monitoring for 7904 N. Sam Houston**  State the term remaining  List the contract number of any government contract | **Classic Protection Systems Inc**  **1648 West Sam Houston Pkwy North**  **Houston, TX 77043** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Fire Alarm Monitoring for 7906 N. Sam Houston**  State the term remaining  List the contract number of any government contract | **Classic Protection Systems Inc**  **1648 West Sam Houston Pkwy North**  **Houston, TX 77043** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Business Telecommunication Services for 7840 N. Sam Houston**  State the term remaining  List the contract number of any government contract | **Comcast**  **c/o Credit Management, LP**  **P O Box 118288**  **Carrollton, TX 75011-8288** |

| Debtor 1 | **L REIT, LTD.** | | | Case number (*if known*) | **18-36881-H2-11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Business Telecommunications Systems for 7850 N. Sam Housto** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Comcast**<br>**P O Box 660618**<br>**Dallas, TX 75266** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Business Telecommunication Systems for 7900 N. Sam Houston** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Comcast**<br>**P O Box 660618**<br>**Dallas, TX 75266-0618** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Business Telecommunications Systems for 7904 N. Sam Houston** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Comcast**<br>**P O Box 660618**<br>**Dallas, TX 75266-0618** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Business Telecommunications Systems for 7906 N. Sam Houston** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Comcast**<br>**P O Box 660618**<br>**Dallas, TX 75266-0618** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Security System Agreement for 7840 N. Sam Houston** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ESI Group**<br>**5401 Mitchelldale, Ste. A-3**<br>**Houston, TX 77092** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **L REIT, LTD.** | | | Case number *(if known)* | 18-36881-H2-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement dated 11/3/2012 for Office Buildings located at: 7900 N Sam Houston Parkway West, Houston, TX 77064; 7904 N Sam Houston Parkway West, Houston, TX 77064; 7906 N Sam Houston Parkway West, Houston, TX 77064; 7908 N Sam Houston Parkway West, Houston, TX 77064; 7840 N Sam Houston Parkway West, Houston, TX 77064; 7850 N Sam Houston Parkway West, Houston, TX 77064; and 10750 N Gessner Road, Houston, TX 77064** | |
|---|---|---|---|
| | State the term remaining | **6 years** | **Hollister Property, Inc. Attn Peter Trevino, Director 7904 N Sam Houston Pkwy W Suite 102 Houston, TX 77064** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Commission Agreement dated 9/20/2018** | |
|---|---|---|---|
| | State the term remaining | | **Joel English 13715 Office Park Drive Houston, TX 77010** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **See Attachment B7** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Non-Residentaial Tenant Leases** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Panel Monitoring for 7840 N. Sam Houston** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Houston 8850 Fallbrook Houston, TX 77064** |
| | List the contract number of any | | |

Debtor 1   **L REIT, LTD.**

First Name       Middle Name       Last Name

Case number *(if known)*   **18-36881-H2-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Fire and Sprinkler Alarm Inspection for 7850 N. Sam Houston Pkwy** | |
| | State the term remaining | | **SimplexGrinnell** |
| | List the contract number of any government contract | | **8323 N. Eldridge Pkwy** **Houston, TX 77041** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commodity Supply Agreement dated 8/9/2018** | |
| | State the term remaining | **6/28/2023** | **Source Power & Gas LLC** |
| | List the contract number of any government contract | | **2150 Town Square Place Suite 390** **Sugar Land, TX 77479** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm Monitoring for 7900 N. Sam Houston** | |
| | State the term remaining | | **Texas Fire Pros** |
| | List the contract number of any government contract | | **2218 Enchanted Isle Dr.** **Clear Lake, TX 77062** |

**Fill in this information to identify the case:**

Debtor name          **L REIT, LTD.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-36881-H2-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Mohammad Nasr** | 7904 North Sam Houston Pkwy West Houston, TX 77064 | **BancorpSouth** | ☑ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Mohammad Nasr** | 7904 North Sam Houston Pkwy West Houston, TX 77064 | **JPMorgan Chase Bank NA** | ☑ D  __2.25__<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name __**L REIT, LTD.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**18-36881-H2-11**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____      X *Mohammad Nasr with permission by /s/ Melissa A. Haselden*
                                            Signature of individual signing on behalf of debtor

**Mohammad Nasr**
Printed name

**President of L Reit, LLC, Debtor's General Partner**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **L REIT, LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **18-36881-H2-11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other   **Q3 Financial Statement** | **$4,848,259.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other   **Gross Rents** | **$6,935,985.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other   **Gross Rents** | **$6,471,948.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | L REIT, LTD. | Case number *(if known)* | 18-36881-H2-11 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **List of 90 Day Payments to Creditors See Attached Exhibit SOFA 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **List of payments to Insiders/Affiliates See attached Exhibit SOFA 4** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **L REIT, Ltd. vs. Education Management II, LLC fka Education Management LLC aka Education Management Corporation, and The Art Institute of Houston, LLC, Dream Center Educational Holdings, and The Art Institute of Houston, LLC d/b/a Art Institute of Houston 2018-07367** | **Contract - Commercial Debt** | **234th District Court of Harris County Texas 201 Caroline 13th Floor Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **L REIT, LTD.**                                                    Case number *(if known)* **18-36881-H2-11**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **L REIT, Ltd. vs. Harris County Appraisal District 2017-61050** | **Property Tax** | **152nd District Court of Harris County** 201 Caroline 11th Floor Houston, TX 77002 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **L REIT, Ltd. vs. Harris County Apprisal District 2017-61096** | **Property Tax** | **Need Court** of Harris County, Texas 201 Caroline Houston, TX 77002 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. **L REIT, Ltd. vs. Bethel Deli, LLC dba Victors on the Green and Mathew Charavila 2018-43063** | **Contract - Commercial Debt** | **334th District Court of Harris County, Texas** 201 Caroline 14th Floor Houston, TX 77002 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Professional Janitorial Service of Houston, Inc. vs. L REIT, Ltd.** | **Contract - Commercial Debt** | **127th District Court of Harris County, Texas** 201 Caroline 10th Floor Houston, TX 77002 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Restoration Management 2013, Inc. v. L REIT, Ltd. 1108424** | **Contract - Commercial Debt** | **County Court at Law No. 1 of Harris County, Texas** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Mattox Terrell & Associates Inc. v. L REIT, Ltd. 1119426** | **Contract - Commercial Debt** | **County Court at Law No. 3 of Harris County, Texas** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

| Debtor | L REIT, LTD. | Case number *(if known)* | 18-36881-H2-11 |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hoover Slovacek LLP** **5051 Westheimer, Suite 1200** **Houston, TX 77056** | | **12/4/2018** | **$45,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **L REIT, Ltd.** | | | |
| 11.2. | **Hoover Slovacek LLP** **5051 Westheimer, Suite 1200** **Houston, TX 77056** | | **12/4/2018** | **$31,034.47** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Moe Nasr - Transfer from Retainer Account** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **BancorpSouth** **fka Icon Bank** **201 South Spring St 6th Floor** **Tupelo, MS 38804** | **Security Interest in Real Property** | **2/2018** | **$11,000,000.00** |
| | Relationship to debtor | | | |

Debtor    **L REIT, LTD.**                                                   Case number *(if known)*  **18-36881-H2-11**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Financial Agent Services** P.O. Box 2576 Springfield, IL 62708 | Sale of receivables and/or sale proceeds | | $125,000.00 |
| | Relationship to debtor | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor     L REIT, LTD.                                                    Case number *(if known)*  18-36881-H2-11

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | L REIT, LTD. | Case number *(if known)* | 18-36881-H2-11 |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **John Trevino**<br>**13700 Veterans Memorial Dr. Suite 235**<br>**Houston, TX 77014** | **9/20/2018-Present** |
| 26a.2.  **John Cartwright, CPA**<br>**11777 Katy Freeway, Ste 341**<br>**Houston, TX 77079** | **1/1/2012 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Beverly McMyer, CPA**<br>**Caldwell Companies**<br>**7904 N Sam Houston Pkwy W 4th Floor**<br>**Houston, TX 77064** | **2012 - April, 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **John Trevino**<br>**12271 Cobbs Creek Road**<br>**Houston, TX 77067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Midland Loan Services,**<br>**a PNC Real Estate Business**<br>**10851 Mastin Suite 700**<br>**Overland Park, KS 66210** |
| 26d.2.  **BancorpSouth**<br>**fka Icon Bank**<br>**201 South Spring St 6th Floor**<br>**Tupelo, MS 38804** |

Debtor   L REIT, LTD.                                                    Case number *(if known)*   18-36881-H2-11

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Beltway 7 Properties, Ltd. | 7904 North Sam Houston Pkwy West Houston, TX 77064 | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| L REIT, LLC | 7904 North Sam Houston Pkwy West Houston, TX 77064 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See SOFA #4 Exhibit Attached | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

Debtor   **L REIT, LTD.**                                                              Case number *(if known)*   **18-36881-H2-11**

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____

*Mohammed Nasr with permission by /s/ Melissa A. Haselden*                    **Mohammad Nasr**
   Signature of individual signing on behalf of the debtor                    Printed name

Position or relationship to debtor     **President of L Reit, LLC, Debtor's General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## <u>SOFA 3</u>

Payment to "Vendors" last 90 Days (over $6,425.00 cumulative)

| | | | | |
|---|---|---|---|---:|
| 9/21/2018 | 1036 | Adept Controls | $ | 11,216.87 |
| | | Total Paid Adept Controls | **$** | **11,216.87** |
| | | | | |
| 11/6/2018 | 1159 | Ambit Energy | $ | 41,825.86 |
| 10/11/2018 | 1071 | Ambit Energy | $ | 44,028.83 |
| 9/14/2018 | 1003 | Ambit Energy | $ | 44,104.29 |
| | | Total Paid Ambit Energy | **$** | **129,958.98** |
| | | | | |
| 11/6/2018 | 1162 | Aqua Texas, Inc. | $ | 4,632.95 |
| 10/11/2018 | 1072 | Aqua Texas, Inc. | $ | 4,901.02 |
| 9/14/2018 | 1001 | Aqua Texas, Inc. | $ | 4,592.61 |
| | | Total Paid Aqua Texas, Inc. | **$** | **14,126.58** |
| | | | | |
| 11/6/2018 | 1163 | CML Cleaning | $ | 20,482.06 |
| 10/1/2018 | 1024 | CML Cleaning | $ | 19,793.71 |
| | | Total Paid CML Cleaning | **$** | **40,275.77** |
| | | | | |
| 11/30/2018 | 1233 | Edgar Goldberg | $ | 5,000.00 |
| 10/1/2018 | 1025 | Edgar Goldberg | $ | 5,000.00 |
| 11/5/2018 | 1119 | Edgar Goldberg | $ | 771.75 |
| 11/5/2018 | 1128 | Edgar Goldberg | $ | 5,000.00 |
| | | Total Paid Edgar Goldberg | **$** | **15,771.75** |
| | | | | |
| 10/11/2018 | 1075 | Hoover & Slovacek | $ | 15,000.00 |
| 11/2/2018 | 1126 | Hoover & Slovacek | $ | 35,000.00 |
| | | Total Paid Hoover & Slovacek | **$** | **50,000.00** |
| | | | | |
| 10/10/2018 | 1065 | John Cartwright | $ | 10,000.00 |
| | | Total Paid John Cartwright | **$** | **10,000.00** |
| | | | | |
| 9/17/2018 | | | $ | 500.00 |
| 9/21/2018 | | | $ | 2,875.00 |
| 10/5/2018 | | | $ | 1,650.00 |
| 10/19/2018 | | | $ | 2,493.75 |
| 11/2/2018 | | | $ | 1,800.00 |
| 11/2/2018 | | | $ | 1,500.00 |
| 11/16/2018 | | | $ | 1,200.00 |
| 11/16/2018 | | | $ | 1,650.00 |
| 11/30/2018 | | | $ | 1,500.00 |
| | | Total Paid John Trevino | **$** | **15,168.75** |
| | | | | |
| 11/14/2018 | 1176 | K&R Mechanical | $ | 7,559.66 |
| 11/16/2018 | 1204 | K&R Mechanical | $ | 2,544.83 |
| 9/28/2018 | 1019 | K&R Mechanical | $ | 5,662.39 |
| 10/12/2018 | 1080 | K&R Mechanical | $ | 4,465.31 |
| 10/17/2018 | 1089 | K&R Mechanical | $ | 7,821.06 |
| 9/14/2018 | 1008 | K&R Mechanical | $ | 604.11 |
| | | Total Paid K&R Mechanical | **$** | **28,657.36** |

## **SOFA 3**

| | | | | |
|---|---|---|---:|---:|
| 11/8/2018 | 1169 | Luis Lumbreras-Drywall | $ | 4,665.00 |
| 9/21/2018 | 1011 | Luis Lumbreras-Drywall | $ | 4,215.00 |
| 10/19/2018 | 1110 | Luis Lumbreras-Drywall | $ | 1,610.00 |
| 9/7/2018 | 1034 | Luis Lumbreras-Drywall | $ | 2,935.00 |
| | | Total Paid Luis Lumbreras | **$** | **13,425.00** |
| | | | | |
| 11/8/2018 | 1174 | Mega Tenant Imp | $ | 50,000.00 |
| | | Total Paid Mega | **$** | **50,000.00** |
| | | | | |
| 12/3/2018 | 1234 | MN&P | | 47,500.00 |
| | | Total Paid MN&P | **$** | **47,500.00** |
| | | | | |
| 11/16/2018 | 1120 | Otis Elevator | | 3,587.48 |
| 11/8/2018 | 1167 | Otis Elevator | | 3,587.48 |
| 9/28/2018 | 1018 | Otis Elevator | | 3,587.48 |
| | | Total Paid Otis Elevator | **$** | **10,762.44** |
| | | | | |
| 10/12/2018 | 1081 | Weycer, Kaplan, Pulaski, & Zuber PC | $ | 8,837.00 |
| | | Total Paid Weycer,Kaplan,Pulaski & Zuber PC | **$** | **8,837.00** |

# SOFA 4

Insider Payments Past 24 months drawn on L Reit,Ltd. Icon Bank

| Date | Debit or Check # | Description | Amount |
|------|------------------|-------------|--------|
| 12/19/2016 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 111,000.00 |
| 1/13/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 89,007.00 |
| 1/26/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 40,000.00 |
| 8/7/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 120,000.00 |
| 10/3/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 119,000.00 |
| 11/2/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 25,000.00 |
| 12/19/2017 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 35,977.38 |
| 2/8/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 46,000.00 |
| 3/19/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to Hollister | $ 15,000.00 |
| 5/4/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 11,000.00 |
| 5/7/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 8,000.00 |
| 6/1/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 55,000.00 |
| 6/19/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 10,000.00 |
| 7/11/2018 | Debit | Transfer from Lreit, Ltd. (Icon Bank) to MN&P | $ 33,200.00 |
| | | **Total** | $ 718,184.38 |

Insider Payments Past 24 months drawn on L Reit,Ltd. Trustmark Bank

| Date | Debit or Check # | Description | Amount |
|------|------------------|-------------|--------|
| 7/10/2018 | 2034 | Moe Nasr Paid on Lreit, Ltd. (Icon Bank) | $ 2,000.00 |
| 4/21/2017 | 4261 | Moe Nasr Paid on Lreit, Ltd. (Trustmark Bank) | $ 50,000.00 |
| 8/4/2017 | 4430 | MN&P Architects, Engineers and Planners (Lreit, Ltd Trustmark Bank) | $ 10,511.49 |
| 8/10/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 86,000.00 |
| 9/4/2018 | Debit | Web Pay Hollister Prope | $ 2,161.00 |
| 9/7/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 600.00 |
| 9/7/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 25,000.00 |
| 9/12/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 2,500.00 |
| 9/14/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 10,000.00 |
| 9/14/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 1,500.00 |
| 9/18/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 16,000.00 |
| 10/10/2018 | Debit | Chase Credit Card | $ 1,730.99 |
| 10/10/2018 | Debit | JPM Chase Payment | $ 1,145.98 |
| 10/1/2018 | Debit | Transfer Reversed from MN&P | $ (83,000.00) |
| 10/1/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 83,000.00 |
| 10/15/2018 | Debit | Transfer from L Reit, Ltd. Trustmark to MN&P | $ 13,000.00 |
| 10/2/2018 | 1026 | Moe Nasr | $ 4,500.00 |
| | | | $ 226,649.46 |