MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881
PROPOSED PLAN DATE: 3/5/2019

PETITION DATE: 12/5/2018 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Dec. 2018 | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May. 2019 | Jun. 2019 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6)[1] | 286,681.05 | 445,625.36 | 510,608.40 | 573,277.07 | 544,751.02 | 447,078.06 | 573,513.31 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 194,386.27 | 272,852.99 | 384,686.05 | 456,447.21 | 364,577.82 | 269,521.60 | 447,625.53 |
| NET INCOME (LOSS) (MOR-6) | -122,154.47 | -43,916.89 | 67,916.17 | 139,677.33 | 47,807.94 | -47,248.28 | 130,855.65 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 13,003.47 | 1,050.00 | 1,050.00 | 0.00 | 1,050.00 | 1,050.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 13,357.40 | 172,515.00 | 222,180.74 | 119,930.65 | 180,173.20 | 176,565.50 | 169,036.50 |

**The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 10/31/2019 |
| LIABILITY | YES (X) NO ( ) | 10/31/2019 |
| VEHICLE | YES ( ) NO (X) | - - |
| WORKER'S | YES ( ) NO (X) | - - |
| OTHER | YES (X) NO ( ) | 10/31/2019 |

CIRCLE ONE
Are all accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? Yes (No)
Have any pre-petition liabilities been paid? Yes (No)[2]
If so, describe _____
Are all funds received being deposited into DIP bank accounts? Yes (No)[3]
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? A plan has not been filed.

ATTORNEY NAME: Melissa A. Haselden
FIRM NAME: Hoover Slovacek LLP
ADDRESS: Galleria Tower II
5051 Westheimer, 12th Floor
CITY, STATE, ZIP: Houston, TX 77046
TELEPHONE/FAX: (713) 977-8686

MOR-1

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: _____
(ORIGINAL SIGNATURE)

MOE NASR         8/20/19
(PRINT NAME OF SIGNATORY)   DATE

Revised 07/01/98

Pursuant to the Court's cash collateral order, rents are deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder.
See notes in MOR-8 regarding inadvertant post-petition accounts to DIP Account
See notes in MOR-8 regarding funds deposited into Secured Noteholder's Lockbox Account.

**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881
PROPOSED PLAN DATE: 3/5/2019

PETITION DATE: 12/5/2018 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH     YEAR

| MONTH | Jul-19 | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6)[1] | 585,383.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 414,375.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 97,834.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 171,007.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | (Yes)   No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes   (No) |
| | | | Have any pre-petition liabilities been paid? | Yes   (No)[2] |
| CASUALTY | YES (X) NO ( ) | 10/31/2019 | If so, describe | |
| LIABILITY | YES (X) NO ( ) | 10/31/2019 | Are all funds received being deposited into DIP bank accounts? | Yes   (No)[3] |
| VEHICLE | YES ( ) NO (X) | -   - | Were any assets disposed of outside the normal course of business? | Yes   (No) |
| WORKER'S | YES ( ) NO (X) | -   - | If so, describe | |
| OTHER | YES (X) NO ( ) | 10/31/2019 | Are all U.S. Trustee Quarterly Fee Payments current? | (Yes)   No |
| | | | What is the status of your Plan of Reorganization? | A plan has not been filed. |

ATTORNEY NAME: Melissa A. Haselden
FIRM NAME: Hoover Slovacek LLP
ADDRESS: Galleria Tower II
5051 Westheimer, 12th Floor
CITY, STATE, ZIP: Houston, TX 77046
TELEPHONE/FAX: (713) 977-8686

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: _____
(ORIGINAL SIGNATURE)

_____      _____
(PRINT NAME OF SIGNATORY)     DATE        Revised 07/01/98

**MOR-1**

[1] Pursuant to the Court's cash collateral order, rents are deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder.
[2] See notes in MOR-8 regarding inadvertent post-petition accounts to DIP Account
[3] See notes in MOR-8 regarding funds deposited into Secured Noteholder's Lockbox Account.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/5/2018 0:00 | MONTH 12/31/2018 0:00 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 83,433.73 | 115,260.99 | 86,264.85 | 141,898.00 | 141,898.00 | 188,390.00 | 37,343.03 | 44,198.73 |
| Wells Fargo Lock Box | 38,695.73 | 238,681.89 | 359,360.51 | 378,698.64 | 431,379.07 | 356,361.02 | 881,487.73 | 981,827.66 |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | | | | | | | |
| Other[1] | $286,681.05 | | | | | | | |
| TOTAL CURRENT ASSETS[2] | 408,810.51 | 353,942.88 | 445,625.36 | 520,596.64 | 573,277.07 | 544,751.02 | 918,830.76 | 1,026,026.39 |
| PROPERTY, PLANT & EQUIP. @ COST | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 | 74,000,000.00 |
| Less Accumulated Depreciation | 14,578,249.00 | 16,036,856.00 | 16,158,635.72 | 16,280,415.44 | 16,402,195.16 | 16,523,974.88 | 16,523,974.88 | 16,645,754.60 |
| NET BOOK VALUE OF PP & E | 59,421,751.00 | 57,963,144.00 | 57,841,364.28 | 57,719,584.56 | 57,597,804.84 | 57,476,025.12 | 57,476,025.12 | 57,354,245.40 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits[3] | 1,099,802.24 | 1,099,802.24 | $30,515.72 | $336,938.44 | 367,454.16 | 397,969.88 | 482,485.60 | 578,982.72 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Electric Deposit[4] | 0.00 | 0.00 | 0.00 | 44,000.00 | 44,000.00 | 44,000.00 | 44,000.00 | 44,000.00 |
| 4. Insurance[5] | 43,845.21 | 43,845.21 | 12,432.38 | 24,864.76 | 37,297.14 | 49,729.52 | 62,161.90 | 74,594.28 |
| 5. Reserve Escrow Balance[5] | 123,893.43 | 123,893.43 | 44,625.00 | 89,250.00 | 133,875.00 | 178,500.00 | 223,125.00 | 267,750.00 |
| TOTAL ASSETS | $61,098,102.39 | $59,584,627.76 | $58,374,562.74 | $58,735,234.40 | $58,753,708.21 | $58,690,975.54 | $59,206,628.38 | $59,345,598.79 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

[1] Outstanding rent owed to Debtor as of the Petition Date
[2] Total amount equal to rents collected in March.
[3] Upon information and belief a total of $1,069,286.52 was paid by the Secured Noteholder in January 2019 leaving a balance of $30,515.72 as of January 2019. Deposits are also maintained y the Secured Noteholde and amounts should have increased post-petition but are unknown at this time.
[4] Adequate assurance deposit made pursuant to cash collateral order. Check cleared in February.
[5] Deposits maintained by Secured Noteholder per Loan Agreements. Amounts listed are as of petition date and should have increased post-petition but are unknown at this time.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## COMPARATIVE BALANCE SHEETS

| ASSETS | MONTH 7/1/2019 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 83,433.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Lock Box | 38,695.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | | | | | | | |
| Other[1] | $286,681.05 | | | | | | | |
| TOTAL CURRENT ASSETS[2] | 408,810.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 74,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Accumulated Depreciation | 16,645,754.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET BOOK VALUE OF PP & E | 57,354,245.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits[3] | 578,982.72 | 0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Electric Deposit[4] | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Insurance[5] | 74,594.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Reserve Escrow Balance[5] | 267,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL ASSETS** | $58,728,382.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

[1] Outstanding rent owed to Debtor as of the Petition Date
[2] Total amount equal to rents collected in March.
[3] Upon information and belief a total of $1,069,286.52 was paid by the Secured Noteholder in January 2019 leaving a balance of $30,515.72 as of January 2019. Deposits are also maintained y the Secured Noteholde and amounts should have increased post-petition but are unknown at this time.
[4] Adequate assurance deposit made pursuant to cash collateral order. Check cleared in February.
[5] Deposits maintained by Secured Noteholder per Loan Agreements. Amounts listed are as of petition date and should have increased post-petition but are unknown at this time.

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/5/2018 0:00 | MONTH 12/31/2018 0:00 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 319,039.57 | 258,411.93 | 277,036.47 | 328,784.27 | 367,336.70 | 384,972.60 | 383,664.80 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | | | | | | | |
| 1.) Midland Loan Services[1] | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 | 50,488,334.82 |
| 2.) Bancorp South[2] | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 | 11,000,000.00 |
| 3.) Cypress Fairanks ISD[3] | 663,978.89 | 663,978.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4.) Harris County et al | 405,317.63 | 405,317.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.) Misc. M&M Lien[4] | 24,005.00 | 24,005.00 | $55,802.37 | $55,802.37 | 55,802.37 | 55,802.37 | 55,802.37 | 55,802.37 |
| Priority Debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt-Trade Creditors | 888,525.93 | 888,525.93 | 888,525.93 | 888,525.93 | 888,525.93 | 888,525.93 | 888,525.93 | 888,525.93 |
| Unsecured Debit-Insiders or Affiliates | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 | 3,104,539.91 |
| TOTAL PRE-PETITION LIABILITIES | 66,574,702.18 | 66,574,702.18 | 65,537,203.03 | 65,537,203.03 | 65,537,203.03 | 65,537,203.03 | 65,537,203.03 | 65,537,203.03 |
| TOTAL LIABILITIES | 66,574,702.18 | 66,893,741.75 | 65,795,614.96 | 65,814,239.50 | 65,865,987.30 | 65,904,539.73 | 65,922,175.63 | 65,920,867.83 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | -122,154.47 | -166,071.36 | -98,155.19 | 41,522.14 | 89,330.08 | 42,081.80 | 172,937.45 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -122,154.47 | -166,071.36 | -98,155.19 | 41,522.14 | 89,330.08 | 42,081.80 | 172,937.45 |
| TOTAL LIABILITIES & OWNERS EQUITY | $66,574,702.18 | $66,771,587.28 | $65,629,543.60 | $65,716,084.31 | $65,907,509.44 | $65,993,869.81 | $65,964,257.43 | $66,093,805.28 |

\* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

Represents the amount scheduled by L REIT. L REIT reserves the right to contest the amounts Secured Notholder claims it is owed in its proof of claim.
Estimated amount per L REIT's schedules. L REIT has disputed the deb on its schedules as the claim may be subject to avoidance.
Paid by Secured Noteholder from Tax Deposit Escrow per cash collateral order.
Post-petition several creditors have filed notice of perfection of M&M Liens. Kilgore Industries, LP has asserted an additional amount of $14,776.13 is owed. Spring Glass & Mirror, Ltd. has asserted a lien in he amount of $17,021.24.

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | MONTH 7/1/2019 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | | | | | | | |
| 1.) Midland Loan Services[1] | 56,595,034.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2.) Bancorp South[2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.) Cypress Fairanks ISD[3] | 663,978.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4.) Harris County et al | 405,317.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.) Misc. M&M Lien[4] | 24,005.00 | 0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Debt | 7,143,515.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt-Trade Creditors | 237,430.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debit-Insiders or Affiliates | 13,253,092.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 78,322,373.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 78,322,373.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $78,322,373.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

[1] Represents the amount scheduled by L REIT. L REIT reserves the right to contest the amounts Secured Notholder claims it is owed in its proof of claim.
[2] Estimated amount per L REIT's schedules. L REIT has disputed the deb on its schedules as the claim may be subject to avoidance.
[3] Paid by Secured Noteholder from Tax Deposit Escrow per cash collateral order.
[4] Post-petition several creditors have filed notice of perfection of M&M Liens. Kilgore Industries, LP has asserted an additional amount of $14,776.13 is owed. Spring Glass & Mirror, Ltd. has asserted a lien in the amount of $17,021.24.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Dec. 2018 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE[1] | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 |
| ACCRUED PROFESSIONAL FEES*[2] | 31,754.63 | 31,754.63 | 28,049.08 | 39,845.74 | 39,845.74 | 39,845.74 | 39,845.74 |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. MOR-4 Other Accrued Liabilities (attachment) | 92,294.78 | 31,667.14 | 50,291.68 | 133,794.11 | 132,500.80 | 150,136.70 | 148,828.90 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $319,039.57 | $258,411.93 | $273,330.92 | $368,630.01 | $367,336.70 | $384,972.60 | $383,664.80 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

[1] This amount is deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder as adequate assurance.
[2] Total fees and expeneses incurred by Hoover Slovacek, LLP. The amounts will be deducted from the remaining retainer if any.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Jul. 2019 | MONTH Aug. 2019 | MONTH Sep. 2019 | MONTH Oct. 2019 | MONTH Nov. 2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE[1] | 194,990.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES*[2] | 31,754.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. MOR-4 Other Accrued Liabilities (attachment) | 154,731.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $381,476.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

[1] This amount is deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder as adequate assurance.
[2] Total fees and expeneses incurred by Hoover Slovacek, LLP. The amounts will be deducted from the remaining retainer if any.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## AGING OF POST-PETITION LIABILITIES
MONTH: Jul. 2019

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | |
|---|---|---|---|---|---|---|
| 0-30 | 154,731.80 | 154,731.80 | 0.00 | 0.00 | 0.00 | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $154,731.80 | $0.00 | $0.00 | $0.00 | $154,731.80 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## STATEMENT OF INCOME (LOSS)

| | MONTH Dec. 2018 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | |
| 1.) Wells Fargo Lock Box | 238,681.89 | 359,360.51 | 510,608.40 | 573,277.07 | 544,751.02 | 447,078.06 | 573,513.31 | 3,247,270.26 |
| 2.) Hancock Whitney Bank DIP Account | 27,088.90 | 86,264.85 | 0.00 | 0.00 | 0.00 | 0.00 | 44,198.73 | 157,552.48 |
| 3.) Trustmark Account[1] | 20,910.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,910.26 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | 286,681.05 | 445,625.36 | 510,608.40 | 573,277.07 | 544,751.02 | 447,078.06 | 617,712.04 | 2,808,020.96 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 12,121.87 | 0.00 | 17,711.43 | 29,833.30 |
| General & Administrative | 0.00 | 1,726.28 | 4,148.19 | 2,570.49 | 8,545.85 | 24,401.88 | 5,000.25 | 46,392.94 |
| Insiders Compensation | 0.00 | 13,003.47 | 1,050.00 | 1,050.00 | 0.00 | 1,050.00 | 1,050.00 | 17,203.47 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
| Other-Utilities | 92,294.78 | 95,895.82 | 46,808.63 | 39,497.17 | 48,759.80 | 43,235.68 | 48,211.08 | 414,702.96 |
| Other-Payroll | | 24,546.58 | 25,158.05 | 24,420.00 | 26,355.85 | 28,567.84 | 24,893.06 | 153,941.38 |
| Other-Repairs and Manteca | | 37,600.22 | 48,757.48 | 49,292.20 | 74,389.83 | 80,301.06 | 73,220.69 | 363,561.48 |
| TOTAL OPERATING EXPENSES | 92,294.78 | 172,772.37 | 125,922.35 | 116,829.86 | 180,173.20 | 177,556.46 | 170,086.51 | 1,035,635.53 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 194,386.27 | 272,852.99 | 384,686.05 | 456,447.21 | 364,577.82 | 269,521.60 | 447,625.53 | 1,772,385.43 |
| INTEREST EXPENSE[2] | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 194,990.16 | 1,364,931.12 |
| DEPRECIATION | 121,550.58 | 121,779.72 | 121,779.72 | 121,779.72 | 121,779.72 | 121,779.72 | 121,779.72 | 852,228.90 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 316,540.74 | 316,769.88 | 316,769.88 | 316,769.88 | 316,769.88 | 316,769.88 | 316,769.88 | 2,217,160.02 |
| NET INCOME BEFORE TAXES | -122,154.47 | -43,916.89 | 67,916.17 | 139,677.33 | 47,807.94 | -47,248.28 | 130,855.65 | -444,774.59 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($122,154.47) | ($43,916.89) | $67,916.17 | $139,677.33 | $47,807.94 | ($47,248.28) | $130,855.65 | ($444,774.59) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
* *Footnote Mandatory.*
* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

[1] Amounts collected before Whitney Bank Debtor-in-Poession Account opened. This account has been closed and outstanding amounts were deposited into the DIP Account.
[2] This amount is deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder as adequate assurance.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## STATEMENT OF INCOME (LOSS)

| | MONTH Jul. 2019 | MONTH Aug. 2019 | MONTH Sep. 2019 | MONTH Oct. 2019 | MONTH Nov. 2019 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | |
| 1.) Wells Fargo Lock Box | 585,383.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,832,653.35 |
| 2.) Hancock Whitney Bank DIP Account | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,552.48 |
| 3.) Trustmark Account[1] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,910.25 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | 585,383.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585,383.09 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 14,062.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,896.10 |
| General & Administrative | 9,223.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,616.58 |
| Insiders Compensation | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,253.47 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Other-Utilities | 57,565.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 472,268.52 |
| Other-Payroll | 25,431.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 179,373.01 |
| Other-Repairs and Manteca | 63,673.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 427,235.38 |
| TOTAL OPERATING EXPENSES | 171,007.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,242,278.59 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 414,375.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115,489.93 |
| INTEREST EXPENSE[2] | 194,990.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,559,921.28 |
| DEPRECIATION | 121,550.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 973,779.48 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 316,540.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,533,700.76 |
| NET INCOME BEFORE TAXES | 97,834.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270,772.27 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $97,834.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $270,772.27 |

*Accrual Accounting Required. Otherwise Footnote with Explanation.*
\* *Footnote Mandatory.*
\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

[1] Amounts collected before Whitney Bank Debtor-in-Poession Account opened. This account has been closed and outstanding amounts were deposited into the DIP Account.
[2] This amount is deducted each month from the Wells Fargo Lockbox Account controlled by the Secured Noteholder as adequate assurance.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Dec. 2018 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH[1] | $122,129.46 | $115,088.90 | $97,774.67 | $28,843.23 | $44,356.64 | $42,124.50 | $41,587.55 | $491,904.95 |
| 2. Secured Lender Escrow Accounts[4] | $1,267,540.88 | $195,665.80 | $349,220.30 | $502,774.80 | $656,329.30 | $881,487.73 | $981,827.66 | $4,834,846.47 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. LOANS & ADVANCES (attach list) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. SALE OF ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. OTHER (attach list)[2] | $286,681.05 | $445,625.36 | $510,608.40 | $573,277.07 | $544,751.02 | $447,078.06 | $573,513.31 | $3,381,534.27 |
| TOTAL RECEIPTS** | $286,681.05 | $445,625.36 | $510,608.40 | $573,277.07 | $544,751.02 | $447,078.06 | $573,513.31 | $3,381,534.27 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | $0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | 22,181.82 | 19,231.37 | 25,600.38 | 20,617.37 | 27,084.19 | 23,861.32 | 138,576.45 |
| 8. PAYROLL TAXES PAID | | 2,364.76 | 4,421.56 | 1,920.44 | 1,264.53 | 1,483.65 | 1,483.65 | 12,938.59 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | 20,587.61 | 0.00 | 20,587.61 |
| 10. SECURED/RENTAL/LEASES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,711.43 | 17,711.43 |
| 11. UTILITIES & TELEPHONE | $3,844.53 | 89,261.61 | 47,308.63 | $39,997.14 | $48,759.80 | 43,235.68 | 51,671.07 | 324,078.46 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | | 0.00 |
| 18. OTHER (attach list)[3] | 9,512.87 | 58,381.81 | 55,393.98 | 52,412.69 | 94,981.50 | 84,174.37 | 74,309.03 | 354,857.22 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 13,357.40 | 172,190.00 | 125,380.54 | 119,930.65 | 165,623.20 | 176,565.50 | 169,036.50 | 868,749.76 |
| 19. PROFESSIONAL FEES | | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 10,000.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 325.00 | 975.00 | 0.00 | 4,550.00 | 0.00 | 0.00 | 5,850.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | 95,825.20 | | | | 0.00 | 95,825.20 |
| TOTAL DISBURSEMENTS** | 13,357.40 | 172,515.00 | 222,180.74 | 119,930.65 | 180,173.20 | 176,565.50 | 169,036.50 | 980,424.96 |
| 22. NET CASH FLOW | 273,323.65 | 273,110.36 | 288,427.66 | 453,346.42 | 364,577.82 | 270,512.56 | 404,476.81 | 2,401,109.31 |
| 23. CASH - END OF MONTH (MOR-2) | $1,662,993.99 | $583,865.06 | $386,202.33 | $482,189.65 | $408,934.46 | $312,637.06 | $446,064.36 | $2,893,014.26 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

[1] Represents deposits in Wells Fargo Lockbox, and Whitney Bank DIP Account. Does not account for amounts in Tax Escrow, Insurance Escrow or Reserve Escrow Accounts.
[2] Represents deposits to Whitney DIP Account and Lockbox Account.
[3] See notes in MOR-8 regarding inadvarsant post-petition payments.
[4] Change in February reflects deduction of property taxes previously disclosed in January MORs but inadvertently lefts off MOR7.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul. 2019 | MONTH Aug. 2019 | MONTH Sep. 2019 | MONTH Oct. 2019 | MONTH Nov. 2019 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH[1] | $44,198.75 | | | | | | | $536,103.70 |
| 2. Secured Lender Escrow Accounts[4] | $332,981.91 | | | | | | | $5,167,828.38 |
| **RECEIPTS:** | | | | | | | | |
| 2. CASH SALES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. LOANS & ADVANCES (attach list) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. SALE OF ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. OTHER (attach list)[2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL RECEIPTS** | $585,383.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,966,917.36 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | | |
| 7. NET PAYROLL | 23,857.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 162,434.43 |
| 8. PAYROLL TAXES PAID | 1,483.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,404.24 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | 0.00 | 0.00 | 0.00 |
| 10. SECURED/RENTAL/LEASES | 14,062.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,774.23 |
| 11. UTILITIES & TELEPHONE | $58,065.56 | 0.00 | 0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 382,144.02 |
| 12. INSURANCE | 0.00 | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 56,409.51 | | | | | | | 56,409.51 |
| 17. ADMINISTRATIVE & SELLING | 4,898.34 | | | | | | | 4,898.34 |
| 18. OTHER (attach list)[3] | 7,264.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 354,587.22 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 166,132.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,108,216.32 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| 20. U.S. TRUSTEE FEES | 4,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,725.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95,825.20 |
| TOTAL DISBURSEMENTS** | 171,007.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,241,766.02 |
| 22. NET CASH FLOW | 414,375.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,742,150.84 |
| 23. CASH - END OF MONTH (MOR-2) | $791,556.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,074,423.13 |

\* Applies to Individual debtors only

MOR-7          \*\*Numbers for the current month should balance (match)              Revised 07/01/98
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

[1] Represents deposits in Wells Fargo Lockbox, and Whitney Bank DIP Account. Does not account for amounts in Tax Escrow, Insurance Escrow or Reserve Escrow Accounts.
[2] Represents deposits to Whitney DIP Account and Lockbox Account.
[3] See notes in MOR-8 regarding inadversant post-petition payments.
[4] Change in February reflects deduction of property taxes previously disclosed in January MORs but inadvertently lefts off MOR7.

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## CASH ACCOUNT RECONCILIATION
## MONTH OF Jul. 2019

| BANK NAME | HancockWhiteny(DIP) | Wells Fargo Bank (LockBox)[1] | Wells Fargo Bank Tax Escrow[2] | Wells Fargo Bank Insruance Escrow[3] | Wells Fargo Bank Reserve Account[3] | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 0049265333 | | # | | | |
| ACCOUNT TYPE | OPERATING | Secured Noteholder | Secured Noteholder | Secured Noteholder | Secured Noteholder | TOTAL |
| BANK BALANCE | 67,827.60 | 178,805.62 | $705,995.88 | $87,026.66 | $312,375.00 | 1,352,030.76 |
| DEPOSITS IN TRANSIT | 0.00 | | | | | $0.00 |
| OUTSTANDING CHECKS | 5,129.38 | | | | | $5,129.38 |
| ADJUSTED BANK BALANCE | $62,698.22 | $178,805.62 | $705,995.88 | $87,026.66 | $312,375.00 | $1,346,901.38 |
| BEGINNING CASH - PER BOOKS | 44,198.73 | | $578,982.72 | $74,594.28 | $267,750.00 | $965,525.73 |
| RECEIPTS* | 175,602.80 | 409,780.29 | 96,497.12 | $12,432.38 | $44,625.00 | $738,937.59 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | | | | $0.00 |
| (WITHDRAWAL) CONTRIBUTION OR BY DEBTOR INDIVIDUAL MFR-2 | 0.00 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 171,007.53 | 348,544.74 | | | | $519,552.27 |
| ENDING CASH - PER BOOKS | $48,794.00 | $61,235.55 | $675,479.84 | $87,026.66 | $312,375.00 | $1,184,911.05 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

[1] Account maintained by Secured Noteholder.
[2] Upon information and belief a total of $1,069,286.52 was paid by the Secured Noteholder in January 2019 leaving a balance of $30,515.72.
[3] Wells Fargo maintains these accounts as part of the Secured Noteholder's loan Agreement with L REIT. L REIT has no access to these accounts and has estimated the balances in these accounts.
[4] Deduction from LockBox paid to Secured Noteholder as adequate assurance.
General Note: After the Petition Date several automatic ACH Debits cleared. The following debits were made from the account to third party vendors and take into account credit adjustments. L REIT will take action to recover amounts or obtain nunc pro tunc approval to pay the amounts.

| | | |
|---|---|---|
| Fora Financial | $5,447.20 | (Disputed Pre-petition creditor) |
| Aqua Online | $3,844.53 | (Water Bill for Properties) |
| Chase Bank | $4,029.67 | (Credit Card Bill) |
| Events and Petals | $2,814.50 | (Refunded by deposit on 1/22/18) |
| Stop Payment Fee | $36.00 | |

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | | MONTH Dec. 2018 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 |
|---|---|---|---|---|---|---|---|---|
| 1. Heron Lakes Golf Course | Landscaping | 0.00 | 5,759.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Heron Lakes Golf Course | Security | 0.00 | 6,298.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Hollister Properties | Payroll* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Hollister Properties | Telephone | 0.00 | 450.00 | 500.00 | 500.00 | 0.00 | 500.00 | 500.00 |
| 4. Hollister Properties | Ans. Serv. | 0.00 | 90.00 | 100.00 | 100.00 | 0.00 | 100.00 | 100.00 |
| 5. Hollister Properties | Postage/Dlv | 0.00 | 135.00 | 150.00 | 150.00 | 0.00 | 150.00 | 150.00 |
| 6. Hollister Properties | Comp. | 0.00 | 270.00 | 300.00 | 300.00 | 0.00 | 300.00 | 300.00 |
| TOTAL INSIDERS (MOR-1) | | $0.00 | $13,003.47 | $1,050.00 | $1,050.00 | $0.00 | $1,050.00 | $1,050.00 |

| PROFESSIONALS | MONTH Dec. 2018 | MONTH Jan. 2019 | MONTH Feb. 2019 | MONTH Mar. 2019 | MONTH Apr. 2019 | MONTH May. 2019 | MONTH Jun. 2019 |
|---|---|---|---|---|---|---|---|
| 1. Hoover Slovacek, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. John Cartwright, C.P.A. | | | | | 10,000.00 | 0.00 | 0.00 |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*  *Revised 07/01/98*

CASE NAME: L REIT, LTD.
CASE NUMBER: 18-36881

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP | TYPE | MONTH Jul. 2019 | MONTH Aug. 2019 | MONTH Sep. 2019 | MONTH Oct. 2019 | MONTH Nov. 2019 | | |
|---|---|---|---|---|---|---|---|---|
| 1. Heron Lakes Golf Course | Landscaping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Heron Lakes Golf Course | Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 Hollister Properties | Payroll* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Hollister Properties | Telephone | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Hollister Properties | Ans. Serv. | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Hollister Properties | Postage/Dlv | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Hollister Properties | Comp. | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INSIDERS (MOR-1) | | $1,050.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Jul. 2019 | MONTH Aug. 2019 | MONTH Sep. 2019 | MONTH Oct. 2019 | MONTH Nov. 2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Hoover Slovacek, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. John Cartwright, C.P.A. | | | | | | | 0.00 |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*   *Revised 07/01/98*