**MOR-1**                  **UNITED STATES BANKRUPTCY COURT**

| | | |
|---|---|---|
| CASE NAME: | BELTWAY 7 PROPERTIES, LTD.[1] | |
| CASE NUMBER: | 18-36883 | |
| PROPOSED PLAN DATE: | 4/5/2019 | |

| | |
|---|---|
| PETITION DATE: | 12/5/2018 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH   July                       YEAR 2019

| MONTH | Dec. 2018 | Jan. 2019 | Feb. 2019 | Mar. 2019 | Apr. 2019 | May. 2019 | Jun. 2019 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | -325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | -325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 10/31/2019 |
| LIABILITY | YES (x) NO ( ) | 10/31/2019 |
| VEHICLE | YES ( ) NO (X) | -  - |
| WORKER'S | YES ( ) NO (X) | -  - |
| OTHER | YES (x) NO ( ) | 10/31/2019 |

CIRCLE ONE

| | |
|---|---|
| Are all accounts receivable being collected within terms? | Yes   No   (N/A) |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes   No   (N/A) |
| Have any pre-petition liabilities been paid? | Yes   (No) |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | Yes   No   (N/A) |
| Were any assets disposed of outside the normal course of business? | Yes   (No) |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | (Yes)   No |
| What is the status of your Plan of Reorganization? | A Plan of reorganization has not been filed. |

| | |
|---|---|
| ATTORNEY NAME: | Melissa A. Haselden |
| FIRM NAME: | Hoover Slovacek LLP |
| ADDRESS: | Galleria Tower II |
| | 5051 Westheimer, 12th Floor |
| CITY, STATE, ZIP: | Houston, TX 77046 |
| TELEPHONE/FAX: | (713) 977-8686 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: _____
              (ORIGINAL SIGNATURE)

MOE NASR                                    8/20/19
(PRINT NAME OF SIGNATORY)              DATE    Revised 07/01/98

MOR-1

MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: BELTWAY 7 PROPERTIES, LTD.[1]
CASE NUMBER: 18-36883
PROPOSED PLAN DATE: 4/5/2019

PETITION DATE: 12/5/2018 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH July  YEAR 2019

| MONTH | Jul-19 | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | | | | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-7) | | | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | Yes  No  (N/A) |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes  No  (N/A) |
| | | | Have any pre-petition liabilities been paid? | Yes  (No) |
| CASUALTY | YES (x) NO ( ) | 10/31/2019 | If so, describe _____ | |
| LIABILITY | YES (x) NO ( ) | 10/31/2019 | Are all funds received being deposited into DIP bank accounts? | Yes  No  (N/A) |
| VEHICLE | YES ( ) NO (X) | -  - | Were any assets disposed of outside the normal course of business? | Yes  (No) |
| WORKER'S | YES ( ) NO (X) | -  - | If so, describe _____ | |
| OTHER | YES (x) NO ( ) | 10/31/2019 | Are all U.S. Trustee Quarterly Fee Payments current? | (Yes)  No |
| | | | What is the status of your Plan of Reorganization? A Plan of reorganization has not been filed. | |

ATTORNEY NAME: Melissa A. Haselden
FIRM NAME: Hoover Slovacek LLP
ADDRESS: Galleria Tower II
5051 Westheimer, 12th Floor
CITY, STATE, ZIP: Houston, TX 77046
TELEPHONE/FAX: (713) 977-8686

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _____  TITLE: _____
(ORIGINAL SIGNATURE)

_____
(PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98

MOR-1

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/5/2018 | MONTH 12/31/2018 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accounts Receivable, Net | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Reserve Escrow Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL ASSETS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98      Revised 07/01/98

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/5/2018 | MONTH 7/1/2019 | MONTH | MONTH | MONTH | July | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 0.00 | | | | | | | |
| Accounts Receivable, Net | 0.00 | | | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | | | | | | | |
| Prepaid Expenses | 0.00 | | | | | | | |
| Investments | 0.00 | | | | | | | |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Reserve Escrow Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*   *Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/5/2018 | MONTH 12/31/2018 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 66,486.02 | 61,334.48 | 61,334.48 | 61,334.48 | 61,334.48 | 61,334.48 | 61,334.48 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | | | | | | | |
| 1.) Annaly CRE Holdings LLC | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 |
| Priority Debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt-Trade Creditors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt- Insiders or Affiliates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 | 7,000,000.00 |
| **TOTAL LIABILITIES** | 7,000,000.00 | 7,066,486.02 | 7,127,820.50 | 7,189,154.98 | 7,061,334.48 | 7,061,334.48 | 7,061,334.48 | 7,061,334.48 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | ($7,000,000.00) | ($7,066,486.02) | ($7,127,820.50) | ($7,189,154.98) | ($7,061,334.48) | ($7,061,334.48) | ($7,061,334.48) | ($7,061,334.48) |

\* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98     Revised 07/01/98

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/5/2018 | MONTH 7/1/2019 | MONTH | MONTH | MONTH | July | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | | |
| Notes Payable - Secured | | | | | | | | |
| 1.) Annaly CRE Holdings LLC | 7,000,000.00 | 7,000,000.00 | | | | | | |
| Priority Debt | 0.00 | | | | | | | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt-Trade Creditors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt- Insiders or Affiliates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 7,000,000.00 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 7,000,000.00 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | ($7,000,000.00) | ($7,000,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*   *Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 12/31/2018 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | | |
| **TAX PAYABLE** | | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL TAXES PAYABLE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED DEBT POST-PETITION** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ACCRUED INTEREST PAYABLE** | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 |
| **ACCRUED PROFESSIONAL FEES*** [1] | 6,486.02 | 1,334.48 | 0.00 | 219.50 | 0.00 | 0.00 | 0.00 |
| **OTHER ACCRUED LIABILITIES** | | | | | | | |
| 1. MOR-4 Other Accrued Liabilities (attachment) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. MOR-4 Other Accrued Liabilities (Payroll attachment) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $66,486.02 | $61,334.48 | $60,000.00 | $60,219.50 | $60,000.00 | $60,000.00 | $60,000.00 |

*Payment requires Court Approval
MOR-4

Revised 07/01/98     Revised 07/01/98

[1] Total fees and expenses incurred by Hoover Slovacek. Amounts will be deducted from the firm's remaining retainer, if any.

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 7/31/2019 | MONTH 8/31/2019 | MONTH 9/30/2019 | MONTH 10/31/2019 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | 0.00 | | | | | | |
| **TAX PAYABLE** | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | | |
| **SECURED DEBT POST-PETITION** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ACCRUED INTEREST PAYABLE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ACCRUED PROFESSIONAL FEES*** [1] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ACCRUED LIABILITIES** | | | | | | | |
| 1. MOR-4 Other Accrued Liabilities (attachment) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. MOR-4 Other Accrued Liabilities (Payroll attachment) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*     *Revised 07/01/98*

[1] Total fees and expenses incurred by Hoover Slovacek. Amounts will be deducted from the firm's remaining retainer, if any.

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

### AGING OF POST-PETITION LIABILITIES
MONTH    Jul. 2019

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | Jul-19 | | |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | | | |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## STATEMENT OF INCOME (LOSS)

| | MONTH 12/31/2018 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General & Administrative[1] | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| Insiders Compensation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | -325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -325.00 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ITEMS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | -325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -325.00 |
| FEDERAL INCOME TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $0.00 | ($325.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($325.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

[1] Payment of United States Trustee Fee.

Revised 07/01/98

CASE NAME: BELTWAY 7 PROPERTIES, LTD.[1]
CASE NUMBER: 18-36883

## STATEMENT OF INCOME (LOSS)

| | MONTH 7/31/2019 | MONTH 8/31/2019 | MONTH 9/30/2019 | MONTH 10/31/2019 | MONTH 11/30/2019 | MONTH 12/31/2019 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | | | | | |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | | | | | |
| OPERATING EXPENSES: | | | 0.00 | | | | | |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | | | | | |
| General & Administrative[1] | 0.00 | 0.00 | 0.00 | | | | | |
| Insiders Compensation | 0.00 | 0.00 | 0.00 | | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ITEMS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

[1] Payment of United States Trustee Fee.

*Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 12/31/18 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | | | | | | | |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 18. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 22. NET CASH FLOW | 0.00 | -325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -325.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 |

* Applies to Individual debtors only

MOR-7

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

1 Payment of United States Trustee Fee.

BELTWAY 7 PROPERTIES, LTD.[1]

CASE NUMBER: 18-36883

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 7/31/19 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | | | | | | | |
| RECEIPTS: | Jul-19 | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | | | | | | | | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

[1] Payment of United States Trustee Fee.

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

### CASH ACCOUNT RECONCILIATION
MONTH OF Jul. 2019

| BANK NAME | | | Jul-19 | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | | |
| ACCOUNT TYPE | OPERATING | OPERATING | | | |
| BANK BALANCE | 0.00 | 0.00 | | | |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | | | |
| OUTSTANDING CHECKS | 0.00 | 0.00 | | | |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | | | |
| BEGINNING CASH - PER BOOKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 12/31/2018 | MONTH 1/31/2019 | MONTH 2/28/2019 | MONTH 3/31/2019 | MONTH 4/30/2019 | MONTH 5/31/2019 | MONTH 6/30/2019 |
|---|---|---|---|---|---|---|---|
| 1. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Hoover Slovacek, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*     *Revised 07/01/98*

CASE NAME: BELTWAY 7 PROPERTIES, LTD.1
CASE NUMBER: 18-36883

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankrup July
Also, for insiders, identify the type of compensatic    Jul-19

| INSIDERS: NAME/COMP TYPE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Hoover Slovacek, LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*   *Revised 07/01/98*